# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152988 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 152988
    COA: 328381
    Muskegon CC: 02-048156-FC

WILLIE LEE BROOKS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 13, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand for an evidentiary hearing is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

a0123